UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARIA ADRIANA GARCIA-<br>FLORES(2),<br><br>                    Defendant. | CASE NO. 11CR2199-JLS<br><br>JUDGMENT OF DISMISSAL |

FILED 11 JUN 27 AM 10:19 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of the Indictment: <u>8:1324(a)(1)(A)(ii) and (v)(II)</u>

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/23/2011

                                        _____
                                        BARBARA L. MAJOR
                                        UNITED STATES DISTRICT JUDGE